# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA, f/u/b/o
BB&B CONSTRUCTION SERVICES OF
FLORIDA, INC.,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-1282-Orl-28DAB**

**TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, FEDERAL
INSURANCE COMPANY, FIDELITY AND
DEPOSIT COMPANY OF MARYLAND,
LIBERTY MUTUAL INSURANCE
COMPANY,**

          **Defendants.**

_____

## ORDER AND REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration with oral argument[1] on the following motion filed herein:

> **MOTION:** **COUNSEL'S MOTION TO WITHDRAW (Doc. No. 24)**
>
> **FILED:** March 3, 2015
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

In this federal Miller Act case arising out of construction of the Veterans Affairs Medical Center, counsel for BB&B Construction Services of Florida, Inc. ("BB&B") moves to withdraw from representation of the corporation citing irreconcilable differences. Plaintiff is also involved in state court litigation that is stayed for arbitration; Defendants have asserted a counterclaim in the state case.

---

[1] A hearing was held on April 20, 2015.

At the hearing on the Motion, the corporate representative of BB&B, Carolyn Sue Bowe, stated that she had no objection to the case being closed out because BB&B has decided, for circumstances not related to the merits of the claim, that the corporation is not able and does not wish to pursue its Miller Act claim.

It is respectfully **RECOMMENDED** that the stay be lifted and Plaintiff's claim against Defendants be **DISMISSED**.  As stated at the hearing, Defendant does not object to the dismissal. Should any post dismissal motions be filed, the Court may reconsider the status of Plaintiff's counsel.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 20, 2015.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy