# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA, f/u/b/o BB&B CONSTRUCTION SERVICES OF FLORIDA, INC.,**

                **Plaintiff,**

-vs-                                            **Case No. 6:12-cv-1282-Orl-28DAB**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, LIBERTY MUTUAL INSURANCE COMPANY,**

                **Defendants.**

## ORDER

This case is before the Court on Plaintiff's representation to the United States Magistrate Judge on April 20, 2015, that it had no objection to this case being closed inasmuch as it no longer desired to pursue its Miller Act claim against Defendants. The United States Magistrate Judge has submitted a report recommending that the stay in this case be lifted and Plaintiff's claim against Defendants be dismissed (Doc. 32).

After an independent *de novo* review of the record in this matter, and noting the request by Plaintiff that the dismissal of this case specify that each party shall bear its own attorney's fees and costs (Doc. 33)[1], the Court agrees entirely with the findings of fact and

---

[1] Plaintiff's request was filed May 4, 2015. No objection or response was timely filed to this request.

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 20, 2015 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The stay in this case is lifted.

3. Plaintiff's claim against Defendants is **DISMISSED**. The parties shall bear their own fees and costs.

4. The Clerk of the Court is directed to lift the administrative closure of this file and to then close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26 day of May, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record